UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA LOUIS RUPP,

    Defendant.
_____/

Case No. 1:21-cr-185

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 12, 2021, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that that Defendant's plea of guilty to the Felony Information be accepted, that the Court adjudicate Defendant Guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on November 26, 2021. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 22) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charge set forth in the Felony Information.

3. The written plea agreement (ECF No. 6) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing, now scheduled for **March 23, 2022, at 9:00 a.m.**

Date:   November 30, 2021                             /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     UNITED STATES DISTRICT JUDGE